**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **ANTHONY MARANO COMPANY ATLANTA, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COLLINS BROTHERS CORPORATION d/b/a COLLINS BROTHERS PRODUCE; DELTA STAR CORPORATION; FUTURE MANAGEMENT CORPORATION d/b/a PHOENIX WHOLESALE FOODSERVICE; CURTIS D. COLLINS, III; WILLIAM M. COLLINS; and JOEL STEPHEN COLLINS TRUST,**<br><br>**Defendants.** | **CIVIL ACTION FILE NO. 1:25-cv-04247-VMC** |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

COME NOW, Defendants Collins Brothers Corporation d/b/a Collins Brothers Produce, Delta Star Corporation, Future Management Corporation d/b/a Phoenix Wholesale Foodservice, Curtis D. Collins, III, William M. Collins, and Joel Stephen Collins (collectively "Defendants"), by and through respective counsel of record, and respectfully submit this their Certificate of Interested Persons and Corporate Disclosure Statement.

**(1)** The undersigned counsel of record for a party or proposed intervenor to this action certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor:

- **Anthony Marano Company Atlanta, LLC;**
- **Collins Brothers Corporation d/b/a Collins Brothers Produce, which has no parent company and no publicly held corporation owing more than 10% of its stock;**
- **Delta Star Corporation, which is wholly owned by its parent company Collins Brothers Corporation. No publicly-held corporation own more than 10% of its stock;**
- **Future Management Corporation d/b/a Phoenix Wholesale Foodservice, which is wholly owned by its parent company Collins Brothers Corporation. No publicly-held corporation own more than 10% of its stock;**
- **Curtis D. Collins, III;**
- **William M. Collins; and**
- **Joel Stephen Collins Trust**

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

- **Anthony Marano Company Atlanta, LLC;**
- **Collins Brothers Corporation d/b/a Collins Brothers Produce;**
- **Delta Star Corporation;**
- **Future Management Corporation d/b/a Phoenix Wholesale Foodservice;**

- **Curtis D. Collins, III;**
- **William M. Collins; and**
- **Joel Stephen Collins Trust**

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

- **Justan Caleaf Bounds of Carlton Fields, P.A;**
- **Dylan Magruder of Carlton Fields, P.A;**
- **Steven G. Hall of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.-Atl; and**
- **Kristin S. Tucker of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.-Atl**

**(4)** The undersigned further certifies that the following is a full and complete list of the citizenship* of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- **Based on the representations in its Complaint, Plaintiff is a citizen of Illinois as AMC is Georgia limited lability company whose two members, Anton Marano and Damon Marano, are both alleged to be citizens of Illinois.**
- **Collins Brothers Corporation d/b/a Collins Brothers Produce is a Georgia corporation with a principal place of business in Georgia that is a citizen of Georgia.**
- **Delta Star Corporation Produce is a Georgia corporation with a principal place of business in Georgia that is a citizen of Georgia.**

- **Future Management Corporation d/b/a Phoenix Wholesale Foodservice is a Georgia corporation with a principal place of business in Georgia that is a citizen of Georgia**

- **Curtis D. Collins, III is a citizen of Georgia.**

- **William M. Collins is a citizen of Georgia.**

- **The Joel Stephen Collins Trust, whose trustees are William Michael Collins and Curtis David Collins, is a citizen of Georgia by virtue of William Michael Collins' and Curtis David Collins' Georgia citizenship.** ***See Alliant Tax Credit 31, Inc. v. Murphy, 924 F.3d 1134, 1143 (11th Cir. 2019) ("A traditional trust is a citizen of the state of which its trustee is a citizen, not its beneficiaries."***

By: */s/ Steven G. Hall*
Steven G. Hall
GA Bar No. 319308
Kristin S. Tucker
GA Bar No. 805833
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
3414 Peachtree Rd NE, Suite 1500
Atlanta, GA 30326
Tel: (404) 221-6515
shall@bakerdonelson.com
ktucker@bakerdonelson.com

*Attorneys for Defendants Collins Brothers Corporation d/b/a Collins Brothers Produce, Delta Star Corporation, Future Management Corporation d/b/a Phoenix Wholesale Foodservice, Curtis D. Collins, III, William M. Collins, and Joel Stephen Collins*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2025, I filed the foregoing CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT using the Court's CM/ECF filing system, which will automatically send notice to the following attorneys of record:

Justan C. Bounds
Dylan Magruder
CARLTON FIELDS, P.A.
1230 Peachtree St. NE, Ste. 900
Atlanta, GA 30309
jbounds@carltonfields.com
dmagruder@carltonfields.com

*Attorneys for Plaintiff*

*/s/Steven G. Hall*
STEVEN G. HALL